**Opinion issued January 24, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00237-CR

———————————

## SCOTTIE TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1298873**

---

## MEMORANDUM OPINION

Appellant, Scottie Taylor, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).